UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| ITAI AARONSON,<br><br>Plaintiff,<br><br>and<br><br>SONNEN VOLKSWAGEN,<br>SHAHIN KANGARANI,<br>BRAD FOON,<br>CASEY ALBRIGHT,<br>DAVID TERRELL,<br>DICK HEIMANN,<br>SUSAN MARIE AARONSON,<br>BRYAN E. BLODGETT,<br>LITHIA VW MEDFORD AND<br>VOLKSWAGEN GROUP OF AMERICA<br><br>Defendants. | Case No.: 1:19-cv-0468-CL<br><br>MOTION for LEAVE to AMMEND COMPLAINT |

1. Although the Complaint that was served on the defendants is labeled as an amended complaint, it really is not from the perspective of the defendants. The original complaint was indeed filed, but never served, as it contained several typos. Some of the typos were discovered before summons were issued, and therefore the complaint was amended before summons were issued and service was performed.

2. Plaintiff ITAI AARONSON ("ITAI"), humbly requests this Court for permission to amend his complaint. The amended complaint is attached.

DATED this 22nd day of May, 2019.

BY: /S/ Itai Aaronson

ITAI AARONSON
593 Oak Knoll Dr.
Ashland, OR 97520
541-292-7125