CHARLES E. BOLEN, OSB Bar No. 962249
ceb@roguelaw.com
MELISA A. BUTTON, OSB Bar No. 116113
mab@roguelaw.com
Hornecker Cowling LLP
14 N. Central Ave., Ste. 104
Medford, OR 97501
(541)779-8900
Fax: (541) 779-2982
Of Attorneys for Defendant Bryan E. Blodgett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ITAI AARONSON,<br><br>Plaintiff,<br><br>v.<br><br>SHAHIN KANGARANI, BRAD FOON, CASEY ALBRIGHT, DAVID TERRELL, DICK HEIMANN, SUSAN MARIE ANDERSON, BRYAN E. BLODGETT, SONNEN VOLKSWAGEN, VOLKSWAGEN OF AMERICA, INC.,<br><br>Defendants. | Case No.: 1:19-CV-00468-CL<br><br>DEFENDANT BLODGETT'S OBJECTION TO MOTION FOR DEFAULT JUDGMENT AND MOTION FOR EXTENSION OF TIME TO APPEAR |

OBJECTION TO MOTION FOR DEFAULT

Plaintiff's Motion for Default Judgment (Doc. #45) should be denied, because Plaintiff failed to properly serve the Complaint, by Plaintiff's own admissions. In Plaintiff's Motion for Leave to Amend Complaint, Plaintiff states:

> The original complaint was indeed filed, but never served, as it contained several typos. Some of the typos were discovered before summons were issued, and therefore the complaint was amended before summons were issued and service was performed.

Motion for Leave to File Amended Complaint, Doc. #46.

By Plaintiff's own statements, Defendant Blodgett has not been served with a true and correct copy of the operative Complaint. As such, the time for him to appear has not yet started to run and will not start to run until Plaintiff serves him with a copy of the operative Complaint. In addition, it appears that service was not accomplished in the manner required by court rules, because there is no proof of follow up mailing to Defendant Blodgett.

In the alternative, Defendant moves for an extension of time to appear in this case. Defendant requests an additional 30 days to file an appearance, or if Plaintiff files an amended Complaint, the time provided by the court rules, whichever occurs later.

DATED: May 24, 2019.

HORNECKER COWLING, LLP

Charles E. Bolen, OSB No. 962249
Of Attorneys for Defendant Blodgett



HORNECKER COWLING LLP
14 N. Central Ave, Ste. 104
Medford, OR 97501
541-779-8900

## CERTIFICATE OF SERVICE

I, Charles E. Bolen, certify that on the 24th day of May, 2019, I caused the foregoing Defendant Blodgett's Objection to Motion for Default Judgment and Motion for Extension of Time to Appear to be served on the following by notice of electronic filing using the CM/ECF System:

Itai Aaronson
593 Oak Knoll Dr.
Ashland, OR 97520
*Plaintiff prose*

Milo Petranovich
Lane Powell, PC
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Fax: 503-778-2200
Email: petranovichm@lanepowell.com
Of Attorneys for Volkswagen of America, Inc.

Bernard S. Moore
Frohnmayer Deatherage Jamieson Moore Armosino & McGovern
2592 E. Barnett Rd.
Medford, OR 97504
Fax: 541-779-6379
Email: moore@fdfirm.com
Of Attorneys for Defendants Casey Albright, David Terrell, and Dick Heimann

HORNECKER COWLING LLP

By: ______________________________
CHARLESE. BOLEN, OSB #962249
Of Attorneys for Defendant Bryan Blodgett
Fax 541-779-2982
ceb@roguelaw.com