BERNARD S. MOORE, OSB #843051
Moore@fdfirm.com
Molly R. Silver, OSB #165849
silver@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO, MCGOVERN, P.C.
Larson Creek Professional Center
2592 East Barnett Road
Medford, OR 97504
Telephone: (541) 779-2333
Facsimile: (541) 779-6379
Of Attorneys for Defendants LITHIA VW MEDFORD; CASEY ALBRIGHT; DAVID TERRELL; and DICK HEIMANN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ITAI AARONSON,

Plaintiff,

v.

SONNEN VOLKSWAGEN; SHAHIN KANARANI; BRAD FOON; CASEY ALBRIGHT; DAVID TERRELL; DICK HEIMANN; SUSAN MARIE AARONSON; LITHIA VW MEDFORD; and VOLKWAGEN OF AMERICA, INC.,

Defendants.

Civil No. 1:19-cv-0468-CL

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Defendants Casey Albright, David Terrell, Dick Heimann, and Lithia VW Medford

//

//

("collectively "Lithia defendants") take no position on plaintiff's Motion for Leave to Amend.

DATED this 13th day of June, 2019.

/s/ Molly R. Silver
Molly R. Silver, OSB# 165849
Bernard S. Moore, OSB# 843051
*Of Attorneys For Defendants LITHIA VW MEDFORD; CASEY ALBRIGHT; DAVID TERRELL; And DICK HEIMANN*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** upon:

Itai Aaronson
593 Oak Knoll Drive
Ashland, OR 97520
*Plaintiff*

Sonnen Volkswagen
720 Francisco Blvd. West
San Rafeal, CA 94901
*Defendant*

Shahin Kangarani
720 Francisco Blvd. West
San Rafeal, CA 94901
*Defendant*

Brad Foon
720 Francisco Blvd. West
San Rafeal, CA 94901
*Defendant*

Susan Marie Aaronson
2335 Abbott Avenue
Ashland, OR 97520
*Defendant*



**FROHNMAYER, DEATHERAGE, JAMIESON,**
**MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Mr. Charles Bolen
Hornecker Cowling, LLP
14 N. Central Avenue, Suite 104
Medford, OR 97501
*Of Attorneys for Defendant Blodgett*

Mr. Paul T. Collins
Ms. Ashia Crooms-Carpenter
Nelson Mullins Riley & Scarborough, LLP
301 S. College Street, 23rd Floor
Charlotte, NC 28202
*Of Attorneys for Defendant Volkswagen Group of America, Inc.*

☑ By sending a copy via the US Postal Mail on the date referenced below.

DATED this 13th day of June, 2019.

/s/ Molly R. Silver
Molly R. Silver, OSB# 165849
Bernard S. Moore, OSB# 843051
*Of Attorneys For Defendants LITHIA VW MEDFORD; CASEY ALBRIGHT; DAVID TERRELL; And DICK HEIMANN*



**FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333