IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ITAI AARONSON,

    Plaintiff,

v.

SHAHIN KANGARANI, BRAD FOON, CASEY ALBRIGHT, DAVID TERRELL, DICK HEIMANN, SUSAN MARIE AARONSON, BRYAN E. BLODGETT, LITHIA VW MEDFORD, SONNEN VOLKSWAGEN, VOLKSWAGEN OF AMERICA, INC.,

    Defendants.

Civ. No. 1:19-cv-00468-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 51), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge

Clarke's Findings and Recommendation (ECF No. 51) is adopted. Defendants' Motions (ECF Nos. 25, 26, 39) are GRANTED.

IT IS SO ORDERED.

DATED this 31st day of July, 2019.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER