IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ITAI AARONSON,

Plaintiff,

v.

SHAHIN KANGARANI, BRAD FOON, CASEY ALBRIGHT, DAVID TERRELL, DICK HEIMANN, SUSAN MARIE AARONSON, BRYAN E. BLODGETT, LITHIA VW MEDFORD, SONNEN VOLKSWAGEN, VOLKSWAGEN OF AMERICA, INC.,

Defendants.

Civ. No. 1:19-cv-00468-CL

JUDGMENT

MCSHANE, Judge:

Based on the record, judgment for Defendants.

IT IS SO ORDERED.

DATED this 31st day of July, 2019.

_______/s/ Michael J. McShane_______
Michael McShane
United States District Judge